# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BAY BANK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0748-CG-B |
| | ) |
| **M/V ED ADLER f/k/a M/V LADY JULIE,** | ) |
| **her engines, tackle, furniture,** | ) |
| **appurtenances, etc., in rem,** | ) |
| **and M/V CAPT JOE TANGUAY,** | ) |
| **her engines, tackle, furniture,** | ) |
| **appurtenances, etc., in rem, EAGLE** | ) |
| **MARINE GROUP, LLC, CARL STEVEN** | ) |
| **BREWSTER and WALTER WILLIS,** | ) |
| **in personam,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER FOR WRIT OF ARREST

This cause is before the Court on Plaintiff Bay Bank's request for the issuance of a writ of arrest of the M/V ED ADLER f/k/a M/V LADY JULIE, (Official No. 258209) and the M/V CAPT JOE TANGUAY (Official No. 275554) filed on November 16, 2009. (Doc. 3)

Upon review of the Verified Complaint and supporting pleadings, it appears to the Court that the conditions for the issuance of a writ of arrest of the M/V ED ADLER f/k/a M/V LADY JULIE and the M/V CAPT JOE TANGUAY pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure do exist. This court is of the opinion that plaintiff's request is due to be **GRANTED**. It is, therefore, **ORDERED** that the Clerk issue a writ of arrest against the M/V ED ADLER f/k/a M/V LADY JULIE and the M/V CAPT JOE TANGUAY.

**DONE and ORDERED** this the 17th day of November, 2009.

                                                          /s/ Callie V. S. Granade
                                          CHIEF UNITED STATES DISTRICT JUDGE