IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BAY BANK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.** |
| vs. | § | **CV-09-748-CG-B** |
| | § | |
| **M/V ED ADLER f/k/a M/V LADY JULIE,** | § | |
| her engines, tackle, furniture, | § | |
| appurtenances, etc., *in rem*, | § | |
| and **M/V CAPT JOE TANGUAY,** | § | |
| her engines, tackle, furniture, | § | |
| appurtenances, etc., *in rem,* **EAGLE** | § | |
| **MARINE GROUP, LLC, CARL STEVEN** | § | |
| **BREWSTER and WALTER WILLIS,** | § | |
| *in personam*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

WHEREAS, pursuant to the Order of this Court, the United States Marshal sold the M/V ED ADLER f/k/a M/V LADY JULIE and the M/V CAPT JOE TANGUAY separately at judicial sale on January 27, 2010, and Bay Bank purchased the M/V ED ADLER f/k/a M/V LADY JULIE for the sum of ONE THOUSAND AND NO/100THS DOLLARS ($1,000.00), and purchased the M/V CAPT JOE TANGUAY for the sum of ONE THOUSAND AND NO/100THS DOLLARS ($1,000.00) which were the highest bids offered at said sales, and the Court being satisfied that no timely written objection to either sale has been filed,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the sale of the M/V ED ADLER f/k/a M/V LADY JULIE to Bay Bank should be and hereby is confirmed and that the sale of the M/V CAPT JOE TANGUAY to Bay Bank should be and hereby is confirmed.

The United States Marshal is directed to issue a bill of sale free and clear from all liens

and encumbrances, along with all other appropriate documentation to effect a proper legal conveyance, to Bay Bank as the new owner of the M/V ED ADLER f/k/a M/V LADY JULIE, her engines, machines, fittings, tackle and all other appurtenances thereto belonging.  The United States Marshal is also directed to issue a bill of sale free and clear from all liens and encumbrances, along with all other appropriate documentation to effect a proper legal conveyance, to Bay Bank as the new owner of the M/V CAPT JOE TANGUAY, her engines, machines, fittings, tackle and all other appurtenances thereto belonging.

**IT IS ORDERED** that the M/V ED ADLER f/k/a M/V LADY JULIE and the M/V CAPT JOE TANGUAY are hereby released from seizure, and that the court appointed, substitute custodian, Seaside Services, Inc., deliver possession of said vessels to Bay Bank.

**DONE and ORDERED** this 11th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE