## Orders on Motions
<u>1:09-cv-00748-CG-B Bay Bank v. M/V Ed Adler</u>

### U.S. District Court

### Southern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 2/11/2010 at 9:57 AM CST and filed on 2/11/2010
**Case Name:** Bay Bank v. M/V Ed Adler
**Case Number:** <u>1:09-cv-00748-CG-B</u>
**Filer:**
**Document Number:** <u>28</u>

**Docket Text:**
**ORDER that the sale of the M/V ED ADLER f/k/a M/V LADY JULIE to Bay Bank is confirmed, & that the sale of the M/V CAPT JOE TANGUAY to Bay Bank is confirmed. The USM is directed to issue bills of sale as set out. The M/V ED ADLER f/k/a M/V LADY JULIE & the M/V CAPT JOE TANGUAY are released from seizure, & the court appointed, substitute custodian, Seaside Services, Inc., deliver possession of said vessels to Bay Bank. Signed by Chief Judge Callie V. S. Granade on 2/11/10. (3 cert. copies hand-delivered to USM on 2/11/10) (tot)**

**1:09-cv-00748-CG-B Notice has been electronically mailed to:**

P. Vincent Gaddy    pvg@asmuslaw.com

**1:09-cv-00748-CG-B Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1026491878 [Date=2/11/2010] [FileNumber=1183112-0
] [7a7331a1ba482ce1502d7c45d24a7184b6219b473d78a520233d7d5780d0c9b1a63
8dabea11978e5725379c9940b45ab262a8d3e02b61fec7a1fe40d66025b53]]

FEB 11 '10 AM 10:00 USMS SAL