IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BAY BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0748-CG-B |
| | ) |
| M/V ED ADLER f/k/a M/V LADY JULIE, her engines, tackle, furniture, appurtenances, etc., in rem, and M/V CAPT JOE TANGUAY, her engines, tackle, furniture, appurtenances, etc., in rem., EAGLE MARINE GROUP, LLC; CARL STEVEN BREWSTER and WALTER WILLIS, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**

This matter is before the court on the plaintiff's motion for default judgment against the in personam defendants. (Doc. 38)

Upon due consideration, the motion is hereby **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that default judgment is entered in favor of plaintiff, Bay Bank, and against defendants Eagle Marine Group, LLC, Carl Steven Brewster, and Walter Willis, separately and severally, and damages are awarded in the amount of ONE HUNDRED THIRTY-FIVE THOUSAND, ONE HUNDRED THIRTY-THREE AND 87/100 DOLLARS ($135,133.87), plus costs. Post-judgment interest shall accrue on this judgment at the rate of 0.28% per day pursuant to Title 28 § 1961 of the Federal Rules of Civil Procedure. Costs are taxed against the defendants.

**DONE and ORDERED** this 23rd day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE